# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICE OF OKLAHOMA

| | | |
|---|---|---|
| **MEWBOURNE OIL COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **v.** | ) | Case No. <u>CIV-24-143-G</u> |
| | ) | |
| **YUKON TRADING COMPANY, L.L.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>EXPERT REPORT OF CURTIS D. HORNE, CPL</u>

I, Curtis D. Horne, CPL, have been retained by The Rudnicki Firm in this litigation as an expert witness. My address is 1702 Garden Ivy Lane, Pearland, Texas 77581, and my cell phone number is (281) 389-9635. My findings and opinions on this matter are based on my education, training, knowledge, and experience, as well as pleadings, documents produced and deposition transcripts.

My work is on-going, and I reserve the right to supplement this report with new materials, documents, testimony, and/or information that may be discovered or produced later in this case, to add to this report further analysis of current information, or to address any new claims made by the plaintiff.

All prior cases in which I have offered expert testimony, as well a list of all presentations and seminars I have made in the industry, are included in my CV, which is attached as Exhibit "A." None of my opinions is based in any way on the outcome of this litigation.

To supplement my CV, I am a Certified Professional Landman (#32315) with 43 years of experience in the field. I began my career in Oklahoma in 1981, and worked there through most of 1987, with experience in 44 of the 77 counties. I provided my clients with a full range of field land services, including title search and examination, lease acquisition and title curative, and appeared as a witness in force pooling matters before the Oklahoma Corporation Commission.

## I . Materials Reviewed

I have reviewed various materials to supplement my education, experience and knowledge in forming my opinions, and same are listed on Exhibit "B" attached hereto.

## II. Rebuttal Opinions

Regarding the opinions put forth in the Summary of Opinions of Dorsey T. Roach, CPL, I offer the following:

Subparagraph "d.": While the protest of a force pooling can result in a delay of the issuance of the final order, said delay is case specific, and can vary from a day to a few weeks to occasionally several months.

Subparagraph "f.": While deadlines for elections made under pooling orders, pre-pooling letter agreements, joint operating agreements and similar orders and agreements certainly can be strictly enforced, I disagree with the assertion that this is standard industry custom and practice. These situations are very case specific, as are the available courses of action. There are often financial situations, such as described in paragraph "g." below, and other situations that must be taken into consideration prior to enforcing a deadline. I do agree that the Operator has the discretion to extend a deadline to make such an election, but is under no obligation to do so.

Subparagraph "h.": I disagree with the assertion that it is industry custom and practice in Oklahoma to treat an Authorization for Expenditure ("AFE") as an invoice, primarily for the reason stated that it does not contain the calculation of the non-operator's share of the amount of expenditure based on their interest in the proposed operation. While the AFE should contain sufficient information to make such a calculation, errors or differences in the calculated amount due could result in under or overpayment of the amount due. Additionally, many if not most agreements specifically stipulate that an invoice be provided.

Subparagraph "i": I have no issue with the first sentence in this paragraph, and Mewbourne may very well have sent Yukon a spud notice on January 8, 2024, but I have seen no conclusive proof that Yukon received said notice, thus I disagree with the conclusions put forth in the remainder of this paragraph.

In his deposition Mr. Roach described a method of sending Certified Mail – Return Receipt Requested through the United States Postal Service that involved a Certified Mail sticker, and claimed to have seen a "green card" return receipt such as this:



In this case however, Mewbourne utilized an online platform called simplecertifiedmail.com to send the letters. It appears that three letters were sent to Yukon using this electronic method, and a copy of a delivery receipt was provided for each letter. However, the signatures on all three receipts appear to be identical, and the party who signed for them has stated that she signed the electronic signature pad that was presented to her only one time.

Additionally, the copies of the letters provided by Mewbourne are dated January 5, 2024 and are designated only as sent "*Via Certified Mail*", with no corresponding tracking number provided on each letter for identification.

It is my opinion that there is not sufficient evidence to confirm that Yukon actually ever received the specific spud letter that Mewbourne claims to have sent.

Subparagraph "k.": The opinion expressed in this paragraph regarding the reason for a non-operator to claim that they did not receive an election notice is nothing more than speculation that has no basis in fact.

Subparagraph "l.": The conclusions put forth in this paragraph are irrelevant because Yukon did not receive the spud notice. The stated actions of the two non-operators are likewise irrelevant.

Dated: October 30, 2024                                    Respectfully submitted,

                                                          By: */s/ Curtis D. Horne*

## CURTIS D. HORNE, CPL
1702 GARDEN IVY LANE
PEARLAND, TEXAS 77581
(713) 225-6700

**CAREER HISTORY**

2021 - Present CONSULTING LANDMAN

Provide oil and gas and geothermal clients with a full range of land services, including cursory lease availability reports, title search and examination, lease acquisition, runsheet preparation, right-of-way acquisition, title curative, due diligence and Texas Railroad Commission research, as well as expert witness services on land related matters.

Since 2008    ENERGY LAND INSTITUTE, Houston, Texas
*Seminar Developer/Instructor*

Develop and present educational seminars for landmen, division order analysts, lease and title analysts, abstractors and other land professionals. Seminars include "Title Curative for the Land Professional" and "Marketable Title: Understanding Runsheets, Title Opinions and Curative".

Since 2003    AMERICAN ASSOCIATION OF PROFESSIONAL LANDMEN, Ft. Worth, TX
*Seminar Instructor*

Present numerous professional development and continuous education seminars around the country on a contract basis, including the CPL/RPL Exam Review. Topics covered include Real Property Law, Title Examination, Contract Law, The Oil & Gas Lease, Title Opinions and Curative, Conveyancing, Interest Calculations, Negotiations and Ethics. Assisted in the development of the Introduction to Field Land Practices and the Principles of Land Practices seminars.

2020 - 2021    PURPLE LAND MANAGEMENT, LLC, Fort Worth and Houston, Texas
*Vice President, Business Development – Land Practice*

2016 - 2020    CONSULTING LANDMAN, Houston, Texas

On a contract basis, review leases, unit declarations, contracts, operating agreements, runsheets, title opinions, lease data files, division orders, curative documents and surveys in preparation for drilling allocation wells in the East Texas Haynesville Shale. Order and review supplemental runsheets and title opinions and manage title curative. Provide expert witness services for a variety of land related matters.

**EXHIBIT A**
**Page 1 of 16**

2015 - 2016     COURTHOUSEDIRECT.COM, INC., Houston, Texas
                *Business Development Manager*

                Consulted with clients to provide prospect specific title data packages, as well as access to online title information from numerous county courthouses in Texas. Responsible for developing client relationships and executing business development strategies.

2013 - 2015     PERCHERON ENERGY, LLC, Houston, Texas
                *Vice President, Business Development*

                Responsible for developing and maintaining client relationships nationwide, while working closely with divisional directors on project management responsibilities and helping execute business development strategies.

1994 - 2013     CURTIS D. HORNE & ASSOCIATES, Houston, Texas
                *Petroleum Landman*

                Provided clients with a full range of land services, including cursory lease availability reports, title search and examination, lease acquisition, seismic permit and option negotiation, runsheet preparation, right-of-way acquisition, title curative, due diligence and Texas Railroad Commission research. Provided expert witness services on land related matters.

1992 - 1994     COMMONWEALTH LAND TITLE INSURANCE COMPANY, Dallas, Texas
                *Assistant Title Operations Manager*

                Responsible for staffing and daily supervision of all departments of abstract plant operations, including order entry, micrographics, abstracting, title examination and legal. Examined title for high liability transactions and consulted with counsel regarding underwriting decisions. Worked closely with escrow officers to satisfy curative requirements and resolve title issues. Planned and conducted weekly training sessions for title abstractors and examiners. Approved residential and commercial surveys.

1981 - 1992     CURTIS D. HORNE & ASSOCIATES
                *Petroleum Landman*

                Title search and examination, lease acquisition and title curative, with experience in Oklahoma, Texas, Arkansas and Montana. Worked closely with attorneys regarding drill site and division order title opinions. Served as lead broker and crew chief. Appeared as a witness before the Oklahoma Corporation Commission in force pooling matters.

**EDUCATION**

1975 - 1978    The University of Texas at Austin, Austin, Texas

**PROFESSIONAL ASSOCIATIONS**

American Association of Professional Landmen (AAPL)
  *Certified Professional Landman, Number 32315*
  *2018 Best Member Communication Award*
  *2014 TIPRO Texas Top Producers - Best Landman Finalist*
  *2008 Special Award - Education*
  *2007 Best Member Communication Award*
  *2002 Field/Independent Landman Award*
  *Executive Committee - Treasurer (2007-2008)*
  *Member - Legislative and Regulatory Affairs Committee (2015-2020)*
   *Chair Emeritus (2019-2020)*
   *Chairman (2018-2019)*
   *Assistant Chairman (2017-2018)*
  *Member - Publication Committee (2010-2015)*
   *Chairman (2014-2015)*
   *Assistant Chairman (2013-2014)*
  *Member - Annual Meeting Committee (2011-2013)*
   *Chairman (2012-2013)*
   *Assistant Chairman (2011-2012)*
  *Member - Education Committee (2006-2010, 2019)*
  *Member - Ethics Committee (2008-2009)*
   *Chairman (2008-2009)*
  *Member - Certification Committee (2004-2007)*
   *Chairman (2006-2007)*
   *Assistant Chairman (2005-2006)*
  *Member - Field Landman Committee (2003-2006)*
   *Chairman (2005-2006)*
   *Assistant Chairman (2004-2005)*
  *Member - Legislative/Regulatory Committee (2005-2006)*
  *Instructor - Multiple seminars, including the Certified Professional Landman Exam Review*

Houston Association of Professional Landmen (HAPL)
  *Executive Committee - Treasurer (2007-2008)*
  *Member - HAPL Executive Night Committee (2022)*
  *Chairman - HAPL Executive Night Committee (2014)*
  *Chairman - AAPL Awards Committee (2005-2007)*
  *Chairman - Fall Saturday Seminar Committee (2006-2008)*

North Houston Association of Professional Landmen (NHAPL)
   *AAPL Director (2013-2014)*
   *President (2012-2013)*
   *Vice President (2011-2012)*
   *Director (2010-2011)*

Permian Basin Landmen's Association
   *Volunteer - 2016 Eric Hanson Memorial Sporting Clay Shoot*

Denver Association of Petroleum Landmen
   *Volunteer - 4th Annual DAPL Rockies Bash (2016)*

West Houston Association of Professional Landmen
   *AAPL Director (2021-2023)*

National Association of Royalty Owners (NARO)
   *Speaker - 2017 National Convention*
   *Speaker - 2015 National Convention*

**MEMBERSHIPS**

St. Helen Catholic Church, Pearland, Texas
   *Parish Bazaar Chairman (2008)*
   *Parish Co-Chair - Diocesan Capital Campaign (2003-2004)*

The Ex-Student's Association of the University of Texas
   *Past Chapter President*

**INDUSTRY PRESENTATIONS**

**American Association of Professional Landmen**
**Certified Professional Landman Exam Review**
 Oklahoma City, Oklahoma - August 31, 2024
 Pittsburgh, Pennsylvania - May 15, 2024
 Houston, Texas - December 6, 2023
 Midland, Texas - November 9, 2022
 Fort Worth, Texas - September 21, 2022
 Denver, Colorado - March 23, 2022
 Midland, Texas - December 14, 2021
 Wichita, Kansas - November 9, 2021
 Tulsa, Oklahoma - July 13, 2021
 Pittsburgh, Pennsylvania - May 11, 2021
 Fort Worth, Texas - September 15, 2020 (Videotaping)
 Denver, Colorado - July 16, 2019
 Pittsburgh, Pennsylvania - May 14, 2019
 Oklahoma City, Oklahoma - March 5, 2019
 Pittsburgh, Pennsylvania - May 15, 2018
 Denver, Colorado - July 11, 2017
 Pittsburgh, Pennsylvania - May 2, 2017
 Oklahoma City, Oklahoma - November 8, 2016
 Denver, Colorado - July 19, 2016
 Pittsburgh, Pennsylvania - May 17, 2016
 Shreveport, Louisiana - April 12, 2016
 Dallas, Texas - March 1, 2016
 Tulsa, Oklahoma - February 16, 2016
 Midland, Texas - January 26, 2016
 Fort Worth, Texas - November 10, 2015
 Houston, Texas - September 1, 2015
 Lafayette, Louisiana - May 13, 2015
 Dallas, Texas - March 24, 2015
 Tulsa, Oklahoma - February 17, 2015
 Houston, Texas - September 9, 2014
 Denver, Colorado - July 14, 2014
 Pittsburgh, Pennsylvania - June 4, 2014
 San Antonio, Texas - March 19, 2014
 Tulsa, Oklahoma - February 25, 2014
 Midland, Texas - January 21, 2014
 Grand Rapids, Michigan - October 16, 2013
 Oklahoma City, Oklahoma - September 25, 2013
 Washington, Pennsylvania - April 16, 2013
 Tulsa, Oklahoma - January 23, 2013
 San Antonio, Texas - August 7, 2012
 Oklahoma City, Oklahoma - July 17, 2012
 Denver, Colorado - September 27, 2011

Oklahoma City, Oklahoma - July 12, 2011
Pittsburgh, Pennsylvania - March 22, 2011
Fort Worth, Texas - January 25, 2011
The Woodlands, Texas - May 18, 2010
Denver, Colorado - October 20, 2009
Fort Worth, Texas - March 3, 2009
Denver, Colorado - October 21, 2008
Oklahoma City, Oklahoma - July 8, 2008
Denver, Colorado - October 30, 2007
The Woodlands, Texas - May 8, 2007
Lansing, Michigan - April 24, 2007
Fort Worth, Texas - November 8, 2006
Denver, Colorado - October 3, 2006
Oklahoma City, Oklahoma - July 12, 2006
The Woodlands, Texas - May 16, 2006
Wichita, Kansas - April 18, 2006
Fort Worth, Texas - November 9, 2005
Midland, Texas - March 30, 2005
The Woodlands, Texas - February 15, 2005
Denver, Colorado - October 5, 2004
Billings, Montana - August 11, 2004
Houston, Texas - May 4, 2004
New Orleans, Louisiana - April 14, 2004
Fort Worth, Texas - November 12, 2003
Columbus, Ohio - October 28, 2003
Denver, Colorado - August 19, 2003
The Woodlands, Texas - May 13, 2003

*Topics: Real Property Law, Contract Law, Conveyancing, Legal Descriptions, Interest Calculations, The Oil & Gas Lease, Ethics*

**American Association of Professional Landmen**
**Fundamentals of Land Practices and Registered Professional Landman Exam Review**
   Morgantown, West Virginia - December 4, 2018
   Oklahoma City, Oklahoma – October 23, 2018
   Denver, Colorado - April 20, 2015
   Oklahoma City, Oklahoma - November 20, 2014
   Denver, Colorado - October 6, 2014
   Denver, Colorado - February 1, 2013
   Williamsport, Pennsylvania - December 6, 2012
   New Orleans, Louisiana - September 7, 2012
   Casper, Wyoming - August 27, 2012
   Houston, Texas - January 12, 2012
   Lubbock, Texas - April 11, 2011
   Billings, Montana - March 1, 2011
   Fort Worth, Texas - August 4, 2009
   Lansing, Michigan - April 30, 2009
   San Antonio, Texas - March 26, 2009
   Abingdon, Virginia - December 4, 2008
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Ethics*

**American Association of Professional Landmen**
**Marketable Title: Understanding Runsheets, Title Opinions and Curative**
   Oklahoma City, Oklahoma - June 7, 2016
   Grand Rapids, Michigan - April 28, 2016
   Pittsburgh, Pennsylvania - March 31, 2016
   Houston, Texas - November 19, 2015
   Fort Worth, Texas - October 7, 2015
   Midland, Texas - August 25, 2015

**American Association of Professional Landmen**
**Principles of Land Practices Seminar**
   Wichita, Kansas - February 3-4, 2015
   Houston, Texas - January 10-11, 2013
   Tulsa, Oklahoma - July 30-31, 2012
   Pittsburgh, Pennsylvania - May 3-4, 2012
   Charleston, West Virginia - May 5-6, 2011
   Pittsburgh, Pennsylvania - July 16-17, 2009
   Bismarck, North Dakota - May 18-19, 2009
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Navigating the Courthouse and Abstract Plant, Negotiation, Document Preparation and Execution, Internet Resources, Ethics*

**American Association of Professional Landmen**
**Applied Land Practices Seminar**
  Washington, Pennsylvania - August 4, 2014
  Casper, Wyoming - July 21, 2014
  Billings, Montana - May 1, 2014
  Fort Worth, Texas - July 19, 2013
  San Antonio, Texas - February 9, 2012
  Traverse City, Michigan - October 28, 2011
  Billings, Montana - July 7, 2011
*Topics: Running Title (Navigating the Courthouse and Abstract Plant), Negotiation and the Landman, Document Preparation, The Lease Purchase Report Package, Runsheet Preparation, Title Opinions and Curative, Ethics Discussion, The Landman and the Industry*

**American Association of Professional Landmen**
**Introduction to Field Land Practices Seminar**
  Wichita, Kansas - February 3-4, 2015
  Clarksburg, West Virginia - May 19-20, 2014
  Boardman, Ohio - February 27-28, 2014
  Evansville, Indiana - May 8-9, 2013
  Canton, Ohio - February 26-27, 2013
  Zanesville, Ohio - March 8-9, 2012
  San Antonio, Texas - March 1-2, 2012
  Midland, Texas - November 17-18, 2011
  Fort Worth, Texas - January 14-15, 2009
  Oklahoma City, Oklahoma - September 25-26, 2008
  Billings, Montana - August 21-22, 2008
  Pittsburgh, Pennsylvania - April 17-18, 2008
  Houston, Texas - March 17-18, 2008
  Charleston, West Virginia - November 7-8, 2007
  Fort Worth, Texas - September 27-28, 2007
  Norman, Oklahoma - July 12-13, 2007
  Houston, Texas - June 28-29, 2007
  San Antonio, Texas - March 22-23, 2007
  Houston, Texas - January 25-26, 2007
  Fort Worth, Texas - November 16-17, 2006
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Navigating the Courthouse and Abstract Plant, Negotiation, Document Preparation and Execution, Internet Resources, Ethics*

American Association of Professional Landmen
Southwest Land Institute
  Dallas, Texas - April 16, 2009
  Ethics for the Petroleum Landman – Ride for the Brand

**American Association of Professional Landmen**
**Annual Membership Meeting**
Boston, Massachusetts – June 20-21, 2024
*Landmen, Chatbots and Ethics – Oh, My!*
Pittsburgh, Pennsylvania - June 21-22, 2018
*Components of Negotiation*
Orlando, Florida - June 18, 2016
*Landmen, Ethics and the Unauthorized Practice of Law*
Washington, D.C. - June 8, 2013
*Field Land Work - Then and Now*
Clearwater, Florida - June 17, 2009
*Negotiation and the Petroleum Landman*

**American Association of Professional Landmen**
**Appalachian Land Institute**
Washington, Pennsylvania - October 6-7, 2016
*Landmen, Ethics and the Unauthorized Practice of Law*
Washington, Pennsylvania - October 1-2, 2015
*Understanding Runsheet Preparation*
Washington, Pennsylvania - September 2-3, 2014
*Title Curative for the Land Professional*

**American Association of Professional Landmen**
**Texas Land Institute**
Houston, Texas - September 11, 2012
*Negotiation and the Petroleum Landman*
Houston, Texas - November 3, 2009
*Title Curative for the Land Professional*
Houston, Texas - September 11, 2007
*Runsheet Preparation*
*Ethics Discussion - Moderator*
Houston, Texas - September 25, 2002
*Ethics Panelist*

**American Association of Professional Landmen**
**Next Generation Landman's Institute**
Flower Mound, Texas - April 11, 2008
*Title Curative for the Field Landman*
Grapevine, Texas - April 20, 2007
*Negotiation and the Petroleum Landman*
Las Colinas, Texas - April 24, 2006
*Runsheet Preparation for the Field Landman*
Houston, Texas - April 22, 2005
*Title Curative for the Field Landman*

**American Association of Professional Landmen**
**Basic Land Practices Seminar**
  Elmira, New York - April 11-12, 2005
  Houston, Texas - October 21-22, 2004
  Norman, Oklahoma - March 4-5, 2004
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Navigating the Courthouse and Abstract Plant, Title Opinions and Curative, Document Preparation and Execution*

**University of Houston - Downtown**
**Petroleum Land Management Certificate Program**
  Houston, Texas - May 10-11, 2007
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Running Title*

**American Association of Professional Landmen**
**Field Landman Seminar**
  Houston, Texas – March 21, 2018
  *Landmen, Ethics and the Unauthorized Practice of Law*
  Austin, Texas - December 4, 2014
  *Ethics 360*
  Evansville, Indiana - May 24, 2012
  *Landmen, Ethics and the Unauthorized Practice of Law*
  Austin, Texas – November 3, 2011
  *Title Curative for the Field Landman*
  Traverse City, Michigan - October 27, 2011
  *Landmen, Ethics and the Unauthorized Practice of Law*
  Austin, Texas - March 26, 2008
  *Runsheet Preparation for the Field Landman*
  Decatur, Texas - March 28, 2006
  *Title Curative for the Field Landman*
  Fort Worth, Texas - November 11, 2004

**Energy Land Institute**
**The Oil and Gas Lease for the Land Professional**
  Houston, Texas - January 29, 2009

**Energy Land Institute**
**Title Curative for the Land Professional**
  San Antonio, Texas - October 25, 2012
  Houston, Texas - April 24, 2012
  San Antonio, Texas - May 26, 2011
  Houston, Texas - October 30, 2008
  Houston, Texas - August 28, 2008
  Houston, Texas - June 26, 2008
  Houston, Texas - May 1, 2008

**Canadian Association of Petroleum Landmen**
**33rd Annual Conference**
  Quebec City, Quebec, Canada - September 25, 2011
  *United States Land Descriptions*
  *Title Curative for the Land Professional*

**Denver Association of Petroleum Landmen**
**Annual Fall Seminar**
  Denver, Colorado - October 27, 2015
  *Landmen, Ethics and the Unauthorized Practice of Law*

**Wyoming Association of Professional Landmen**
**Annual Meeting & Seminar**
  Casper, Wyoming - June 3, 2011
  *Ethics and the Petroleum Landman*
  *Ethics Discussion - Moderator*

**Houston Association of Professional Landmen**
**54th Annual Technical Workshop**
  The Woodlands, Texas – April 18, 2023
  *Everything You Need to Know You Learned in Kindergarten*
**Fall Saturday Seminar**
  Houston, Texas - November 4, 2006
  *Negotiation and the Petroleum Landman*
  *Ethics Discussion - Moderator*

**North Houston Association of Professional Landmen**
  Membership Luncheon - October 13, 2011
  *Landmen, Ethics and the Unauthorized Practice of Law*
  Membership Luncheon - March 12, 2009
  *Title Curative for the Land Professional*
  Membership Luncheon - September 14, 2006
  *The Lost Generation of Landmen*

**North Houston Association of Professional Landmen**
**Half Day Seminar**
  The Woodlands, Texas - February 8, 2007
  *Negotiation and the Petroleum Landman*

**San Antonio Association of Professional Landmen**
**Annual Mid-Winter Seminar**
  San Antonio, Texas - February 17, 2007
  *Runsheet Preparation for the Field Landman*

**Ark-La-Tex Association of Professional Landmen**
**Annual Educational Seminar**
   Shreveport, Louisiana - February 10-11, 2006
   *Title Curative for the Field Landman*
   Shreveport, Louisiana - February 11-12, 2005
   *Ethics Discussion - Moderator*

**GE Energy Financial Services**
**Basic Land Practices Seminar**
   Stamford, Connecticut - May 7, 2004
*Topics: Real Property Law, Land Descriptions, Contract Law, Conveyancing, Interest Calculations, The Oil & Gas Lease, Navigating the Courthouse and Abstract Plant, Title Opinions and Curative*

**National Association of Lease and Title Analysts**
**2019 NALTA Conference**
   Westminster, Colorado – August 28-30, 2019
   *Marketable Title: Understanding Runsheets, Title Opinions, Curative and More*
   *Ethics: Everything You Need to Know You Learned in Sunday School*
**2016 NALTA Conference**
   Atlanta, Georgia - September 21-23, 2016
   *Ethics and the Lease Analyst; Real Property Law for the Land Professional*
**2014 NALTA Conference**
   Nashville, Tennessee - September 24-26, 2014
   *I Am Not a Lawyer, But I Play One on the Telephone (Ethics)*
**2009 NALTA Conference**
   Scottsdale, Arizona - September 17-18, 2009
   *Title Curative for the Lease and Title Analyst*

**National Association of Division Order Analysts**
**NADOA 38th Annual Institute**
   Savannah, Georgia - October 12-14, 2011
   *Title Issues for the Division Order Analyst*
**NADOA 36th Annual Institute**
   Washington, D.C. - September 24-25, 2009
   *Real Property Law for the Land Professional*
**NADOA 34th Annual Institute**
   Albuquerque, New Mexico - October 10-12, 2007
   *Title Curative for the Division Order Analyst*

**Association of Lease and Title Analysts - Houston**
  Membership Luncheon - February 22, 2022
  *Ethics: Sin is Selfishness*
  Membership Luncheon - February 24, 2015
  *I Am Not a Lawyer, But I Play One on the Telephone (Ethics)*
  Membership Luncheon – April 22, 2014
  *Title Curative for the Lease and Title Analyst*
  Membership Luncheon - February 24, 2009
  *Ethics and the Lease and Title Analyst*
  Membership Luncheon - June 26, 2007
  *Title Curative for the Lease and Title Analyst*

**Houston Association of Division Order Analysts**
  Membership Luncheon - January 14, 2010
  *Ethics and the Division Order Analyst*
  Membership Luncheon - April 5, 2007
  *Title Curative for the Division Order Analyst*

**The Association of Desk & Derricks Clubs National Convention**
**Land & Leasing Seminar**
  Houston, Texas - September 23, 2010
  Dallas, Texas - September 24, 2003
  *Topics: Real Property Law, Contract Law, Conveyancing, The Oil & Gas Lease, Ethics*

**EXPERT TESTIMONY**

United States Bankruptcy Court for the Southern District of Texas
Corpus Christi Division
Case No. 06-20804
Chapter 11
In re: Reichmann Petroleum Corp., Debtor

United States Bankruptcy Court for the Northern District of Texas
Dallas Division
Case No. 09-35228-BJH
Chapter 11
In re: Cornerstone E&P Company, L.P., *et al.*, Debtors
Adversary No. 09-03447-BJH
Bakers Hughes Oilfield Operations, Inc., *et al.*, Plaintiffs
v.
Union Bank of California, N.A., N/K/A Union Bank, N.A., *et al.*, Defendants

County Civil Court at Law
Number 4
Harris County, Texas
Cause No. 735,465
City of Houston, Plaintiff in Eminent Domain Proceeding
v.
AIC Management, Defendant and Cross-Plaintiff
v.
Rhonda S. Crews, *et al.*, Defendants and Cross-Defendants
v.
Billy G. Baker, Defendant and Cross-Defendant/Cross-Plaintiff
v.
Aldine Independent School District, Intervenor and Cross-Defendant

124th Judicial District Court of Gregg County, Texas
Cause No. 2008-1779-B
Annie Dickey Taylor and Armanda Roberson
v.
Chinn Exploration Company

**EXHIBIT A**
**Page 14 of 16**

82nd Judicial District Court of Robertson County, Texas
Cause No. 08-12-18,265-CV
Midway Land Development, Inc.
v.
Encana Oil & Gas (USA), Inc.


71st Judicial District Court of Harrison County, Texas
Cause No. 11-0849
Noel Diane Jones, *et al*.
v.
Petrohawk Properties, L.P. and P-H Energy, L.L.C.


United States District Court for the Eastern District of Texas
Lufkin Division
Cause No. 9:12CV2
Carleton Adams, *et al*., Plaintiffs
v.
Chesapeake Exploration, L.L.C., Defendant


United States District Court for the Southern District of Texas
Houston Division
Civil Action No. H-11-601
Prospect Capital Corporation
v.
Michael Enmon, The Enmon Irrevocable Family Trust, Kari Enmon, Grace W. Enmon, Kickapoo Kennels, LLC and James Van Meter, as Trustee of The Enmon Irrevocable Family Trust


44th Judicial District Court of Dallas County, Texas
Cause No. DC-12-05303
Orca Assets, G.P., L.L.C.
v.
J.P. Morgan Chase Bank, N.A.,
J.P. Morgan Chase Bank, N.A., as
Trustee of the Red Crest Trust,
Phillip Mettham, Andy J. McMullen,
John H. McMullen, Jr., Margie Harris Newton
and Cynthia Carole Beard

**EXHIBIT A**
**Page 15 of 16**

In the Matter of the Arbitration Between
Hanwha Resources (USA)
Plaintiffs
v.
Ryan C. Hoerauf, Individually, *et al.*
Defendants


141st Judicial Court of Tarrant County, Texas
Cause No. 141-290089-17
Penn Investment Funds, LLC, Plaintiff
Antero Resources Corporation, Intervenor
v.
Braxton Energy, LLC,
Braxton Acquisitions, LLC,
Braxton Minerals II, LLC,
Robert Scott Bauer, John
Bradley Ashburn, Michael
Fisher, Maegen Fisher, M&M
Consulting, *et al.*, Defendants


419th District Court of Travis County, Texas
Case No. D-1-GN-23-000019
Stronghold Management Services, LLC
v.
Enverus, Inc, *et al.*


270th Judicial District Court of Harris County, Texas
Cause No. 2022-27971
Oil Projects, LLC
v.
Great American Insurance Company and
Anejo Production LLC


District of Columbia Superior Court - Civil Division
Civil Action No. 2022 CA 001375B
220 Hamilton Street, LLC
v.
Chicago Title Insurance Company
Premium Title & Escrow Company
Daniel D. Smith, d/b/a Document Services


**EXHIBIT A**
**Page 16 of 16**

**MOC v. Yukon**

**WDOK No. CIV-24-143-G**

**Yukon Expert - Curt Horne, CPL**

**Documents Provided to Curt Horne by TRF**

| Description | Identifier |
|---|---|
| Summary of Opinions of Dorsey T. Roach, CPL | |
| Notice of Deposition and Subpoena Duces Tecum | |
| Excel Spreadsheets of Documents used for Roach Deposition | |
| MOC Complaint, DKT 01 - Filed 2/7/2024 | |
| Yukon Answer & Counterclaims, DKt 06 - Filed 4/25/2024 | |
| Affidavit of Dorsey Roach attached as Exhibit 4 to MOC's MPSJ filed in Yukon v MOC, Custer County, No CV-2023-106 (Collins-Baker) | |
| Section 1 Letter Agreement dated 9/29/21. | YUKON_Abernathy_000072-79 |
| OCC Section 1 Pooling Order, No. 722379 in Cause No. CD 202101063, dated 12/28/21. | YUKON_Abernathy_000060-71 |
| Email string re revised letter agreement and Yukon Letter Agreement to MOC re Sections 8 and 17-17N-19W, Dewey County. | YUKON_Abernathy_000263-000269 |
| Section 1, 2 and 12 Letter Agreement dated 10/31/23 with Exhibits A (Section 12 Letter Agreement) and B (Section 35 Letter Agreement). | YUKON_Abernathy_000086-96 |
| 2023-11-01_927am_McDougall_Shepherd_RE- Sections 1, 2, 12-13N-17W and 35-14N-17W.pdf | MOC_Abernathy_000179-000184 |
| 2023-11-01_929am_Shepherd_McDougall_RE- Sections 1, 2, 12-13N-17W and 35-14N-17W.pdf | MOC_Abernathy_000185-191 |
| 2023-11-01_940am_McDougall_Shepherd_RE- Sections 1, 2, 12-13N-17W and 35-14N-17W.pdf | MOC_Abernathy_000192-000198 |
| OCC Section 12 Pooling Order No. 738501 in Cause No. CD 2023-002067, dated 11/20/23. | YUKON_Abernathy_000138-149 |
| Email re Haggard 2/35 MD 1H well. | YUKON_Abernathy_000205-000208 |
| Letter from Yukon to MOC dated 12/8/23 re Pooling Order No. 738501, Abernathy 1_12 CN 2H. | MOC_Abernathy_000017 |
| Email string (Giffhorn, McDougall, Edwards) (12/13/23 - 1/4/24). | YUKON_Abernathy_000230-231 |
| Letter from MOC to Yukon dated 12/22/23 re Abernathy 1/12 CN 2H. | MOC_Abernathy_000139-140 |
| A letter from JSR to Mewbourne dated December 29, 2023 re Abernathy 1/12 CN #2H. | MOC_Abernathy_000226-000227 |
| A letter from SPIR to Mewbourne dated December 29, 2023 re Abernathy 1/12 CN #2H Well. | MOC_Abernathy_000224-000225 |
| 2024-01-05 Overlay Letter to Yukon and Proof of Delivery on 01-10-2024 (14 15 20 Consent). | MOC_Abernathy_000205-000210 |
| 2024-01-05 Overlay Letter to Sawtooth and Proof of Delivery on 01-10-2024 (14 15 20 Consent). | MOC_Abernathy_000211-000216 |
| 2024-01-05 Overlay Letter to Zephyr Resources and Unclaimed Env (14 15 20 Consent). | MOC_Abernathy_000217-000223 |
| Email from Giffhorn to McDougall dated 1/8/24. | YUKON_Abernathy_000007 |
| MOC letter to Yukon dated 1/8/24 re Abernathy 1/12 CN 2H well. | YUKON_Abernathy_000014 |
| 2024-01-08 Spud Notice Letter to Yukon. | MOC_Abernathy_000200-000204 |
| MOC Letter to Yukon dated 1/8/24 re Abernathy 1/12. | YUKON_Abernathy_000049 |
| USPS Simple Certified dated 1/10/24. | YUKON_Abernathy_000017 |
| Email string (Giffhorn, McDougall, Edwards) (1/18/24 - 1/24/24) re PO 738501. | YUKON_Abernathy_000107-110 |
| Email string (Giffhorn, McDougall, Edwards) (1/18/24 - 1/31/24) re USPS Proof of Delivery. | YUKON_Abernathy_000015 |
| Email string (Giffhorn, McDougall, Edwards) (1/18/24 - 2/1/24) re 30-day spud notice on Abernathy 1/12 CN #2H well. | YUKON_Abernathy_000011 |
| Email attaching correspondence re Abernathy 1/12 CN 2H Well. | YUKON_Abernathy_000215-000216 |
| Camargo Ranch 2/35 MD #5HS, Sections 2-17N-19W and 35-18N-19W, Dewey County, Oklahoma | YUKON_Abernathy_000464-000466 |

**EXHIBIT B**

**Page 1 of 3**

**MOC v. Yukon**
**WDOK No. CIV-24-143-G**
**Yukon Expert - Curt Horne, CPL**
**Documents Provided to Curt Horne by TRF**

| Description | Identifier |
|---|---|
| RE: Camargo Ranch 2/35 MD #5HS, Sections 2-17N-19W and 35-18N-19W, Dewey County, Oklahoma | YUKON_Abernathy_000468-000470 |
| FW: [EXT] RE: Camargo Ranch 2/35 MD #5HS, Sections 2-17N-19W and 35-18N-19W, Dewey County, Oklahoma | YUKON_Abernathy_000467 |
| Video of Dorsey Roach Deposition | |
| Transcript of Dorsey Roach Deposition and Combined Exhibits 1-24 | |
| Timeline and Timeline Documents (listed below) | |
| Timeline Document | MOC_Abernathy_000001-000008 |
| Timeline Document | MOC_Abernathy_000044-000055 |
| Timeline Document | MOC_Abernathy_000039-000040 |
| Timeline Document | YUKON_Abernathy_000263-000269 |
| Timeline Document | YUKON_Abernathy_000086-000096 |
| Timeline Document | MOC_Abernathy_000167-000170 |
| Timeline Document | MOC_Abernathy_000179-000184 |
| Timeline Document | MOC_Abernathy_000185-000191 |
| Timeline Document | MOC_Abernathy_000192-000198 |
| Timeline Document | MOC_Abernathy_000071-000082 |
| Timeline Document | YUKON_Abernathy_000205-000208 |
| Timeline Document | MOC_Abernathy_000017 |
| Timeline Document | YUKON_Abernathy_000230-000231 |
| Timeline Document | MOC_Abernathy_000139-000140 |
| Timeline Document | MOC_Abernathy_000226-000227 |
| Timeline Document | MOC_Abernathy_000224-000225 |
| Timeline Document | Yukon_Abernathy_000026-000027 |
| Timeline Document | MOC_Abernathy_000205-000210 |
| Timeline Document | MOC_Abernathy_000211-000216 |
| Timeline Document | MOC_Abernathy_000217-000223 |
| Timeline Document | YUKON_Abernathy_000014 |
| Timeline Document | Yukon_Abernathy_000006 |
| Timeline Document | MOC_Abernathy_000200-000204 |
| Timeline Document | YUKON_Abernathy_000017 |
| Timeline Document | Yukon_Abernathy_000006 |
| Timeline Document | Yukon_Abernathy_000002-000003 |
| Timeline Document | YUKON_Abernathy_000107-000110 |
| Timeline Document | YUKON_Abernathy_000015-000017 |
| Timeline Document | Yukon_Abernathy_000042 |
| Timeline Document | Yukon_Abernathy_000043-000045 |
| Timeline Document | Yukon_Abernathy_000010 |
| Timeline Document | Yukon_Abernathy_000010 |
| Timeline Document | Yukon_Abernathy_000011-000013 |
| Timeline Document | Yukon_Abernathy_000015-000017 |
| Timeline Document | Yukon_Abernathy_000217 |
| Timeline Document | Yukon_Abernathy_000121-000123 |
| Timeline Document | YUKON_Abernathy_000215-000216 |
| Timeline Document | Yukon_Abernathy_000009 |
| Timeline Document | ABERNATHY 1_12 CN 2H_Permit to |
| Timeline Document | ABERNATHY 1 12 CN 2H Notification of Well Spud |

**EXHIBIT B**
**Page 2 of 3**

**MOC v. Yukon**

**WDOK No. CIV-24-143-G**

**Yukon Expert - Curt Horne, CPL**

**Documents Provided to Curt Horne by TRF**

| Description | Identifier |
|---|---|
| Timeline Document | ABERNATHY 1 12 CN 2H Notification of Intention to Plug |
| Timeline Document | ABERNATHY 1 12 CN 2HR Notification of Well Spud |
| Timeline Document | ABERNATHY 1 12 CN 2HR Permit to Drill |

**EXHIBIT B**
**Page 3 of 3**